AO 450 (GAS Rev 10/03) Judgment in a Civil Case

FILED
John E. Triplett, Acting Clerk
United States District Court
By MGarcia at 2:27 pm, Sep 09, 2020

# United States District Court
## Southern District of Georgia

MILFORD CASUALTY INS. CO.,

    Plaintiff,

v.

WILLIAM STACY MEEKS; ABDI MAHAD; AND BIH EXPRESS, INC.,

    Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV520-36

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 9/4/20, Defendant William Stacy Meeks' Motion to Dismiss is DENIED, and Plaintiff Milford Casualty Ins. Co.'s Motion for Summary Judgment is GRANTED. It is hereby DECLARED that Milford will have no further coverage obligations once the million dollars have been paid in connection with the December 18, 2016 tractor-trailer accident. This case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERH DISTRICT OF GEROGIA

Date: September 9, 2020

John E. Triplett, Acting Clerk
Clerk

*Candy Asbell*
(By) Deputy Clerk

GAS Rev 10/1/03